UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0615 (MHP) |
| Plaintiff, | ) ) | [PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE HEARING |
| v. | ) ) | DATE: December 10, 2008 |
| JERMAINE LEWIS, | ) ) | TIME: 2:30 p.m. |
| Defendant. | ) ) ) ) ) | COURT: Hon. Marilyn Hall Patel |

Upon consideration of the Stipulated Motion to Continue Hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED, that the hearing set in this case for December 5, 2008, at 2:30 p.m. is hereby continued to December 10, 2008, at 2:30 p.m.

SO ORDERED, this ___5th___ day of December, 2008.

_____
HON. MARILYN HALL PATEL
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Marilyn H. Patel

[Stipulated Motion to Continue Hearing]
[CR 08-0615 MHP]