STUART HANLON, CSBN: 66104
Law Office of Hanlon & Rief
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
JERMAINE LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE LEWIS,

    Defendant.

No. CR-08-0615 MHP

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING DATE

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing hearing for May 4, 2009, before the Hon. Judge Marilyn H. Patel be continued to June 1, 2009 at 9:00 a.m..

This matter is being continued due to the unavailability of defendant's counsel. Mr. Hanlon is in trial in San Francisco Superior Court, People v. Linda Woo, Court No. 2260767.

Dated: April 21, 2009

_____
STUART HANLON
Attorney for Defendant
JERMAINE LEWIS

Dated: 4-23-09

_____
WILLIAM FRENTZEN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 4/27/2009

_____
Hon. Judge Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel