IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JERMAINE LEWIS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No. CR-08-00615-MHP <br><br> **[PROPOSED] ORDER RE: DEFENDANT'S RELEASE TO ATTEND FUNERAL SERVICE** <br><br> **Date: Not Set** <br> **Time: Not Set** <br><br> **Dept: Hon. Marilyn Hall Patel** |

Based on the stipulation enter into by the parties, IT IS SO ORDERED THAT:

1. Defendant, Jermaine Lewis, # 12280-111, is to be released from the Federal Correctional Institution in Dublin, California, for a furlough day, on Saturday, January 8, 2011 at 9:00 a.m. in order to attend the funeral service of his stepfather, Orenzo Fields. The service will be held at the Double Rock Baptist Church, 1595 Shafter Ave, San Francisco, California 94124.

2. Defendant is to return to Federal Correctional Institution in Dublin, California on Saturday, January 8, 2011 at 4:00 p.m. Mr. Lewis will be picked up and returned to the Federal Correctional Institution in Dublin, California, by his mother, Shirley Jeffries, Date of Birth: November 14, 1958, Address: 316 Pierce Street, San Francisco, California, 94117, Telephone Number: 415-571-6518.

3. Defendant will not be escorted and will not receive any transportation or funding by the United States Marshals Service.

4. Defendant will not violate the laws of any jurisdiction (federal, state, or local).

5. Defendant is subject to prosecution for escape if he fails to return to the institution at the designated time.

6. Defendant will not leave the area of his furlough without permission, with the exception of traveling to the furlough destination, and returning to the institution.

7. Defendant, while on furlough status, remains in the custody of the United States Attorney General and the United States Marshals Service.

8. Defendant must conduct himself in a manner not to bring discredit to the District Court, the Department of Justice, himself, or to the Bureau of Prisons. Defendant is subject to arrest and/or institution disciplinary action for violating any condition(s) of the furlough.

9. Defendant will not purchase, possess, use, consume, or administer any alcohol, narcotic drugs, marijuana, intoxicants in any form, nor will he frequent any place where such articles are unlawfully sold, dispensed, used, or given away.

10. Defendant will not use any medication that is not prescribed and given to him by the institution medical department for use or prescribed by a licensed physician while he is on furlough. Defendant will not have any medical/dental/surgical/psychiatric treatment, except where an emergency arises and necessitates such treatment. Defendant will notify institution staff of any prescribed medication or treatment received in the community upon his return to the institution.

11. Defendant will not possess any firearm or other dangerous weapon.

12. Defendant will not get married, sign any legal papers, contracts, loan applications, or conduct any business.

13. Defendant will not associate with persons having a criminal record or with those persons who he knows are engaged in illegal occupations.

14. Defendant will contact the institution (or United States Probation Officer or United States Marshals Service) in the event of arrest, or other serious difficulty or illness.

15. Defendant will not drive a motor vehicle.

16. Defendant will not return from furlough with any article he did not take out with him (for example, clothing, jewelry, or books).

17. Defendant may be thoroughly searched and given an urinalysis and/or breathalyzer and/or other comparable test upon his return to the institution. Defendant will be held accountable for the results of the search and test(s).

IS SO ORDERED.

DATED: January 7, 2011



3